IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO ESPINOZA,

      Petitioner,

  v.

S.W. ORNOSKI, Acting Warden of the California State Prison at San Quentin,[1]

      Respondent.

No.  CIV.S-94-1665 LKK DAD DP

NOTICE OF STATUS CONFERENCE

**DEATH PENALTY CASE**

      Pursuant to the parties' joint request, the undersigned will hold a status conference in this matter on **December 16, 2005,** at **11:30 a.m.** in courtroom No. 27.  The parties shall file status conference statements on or before December 12, 2005, and be prepared to discuss the items addressed in the December 2, 2005, letter filed with the court.  Respondent's counsel is advised that at the conclusion of the status conference respondent's counsel will be excused and the conference will

/////

---

[1] S.W. Ornoski is substituted for his predecessors pursuant to Fed. R. Civ. P. 25(d)(1).

1

1  continue ex parte with counsel for petitioner present to discuss
2  budgeting matters related to the appointment of counsel.
3          IT IS SO ORDERED.
4  DATED: December 6, 2005.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

8  DAD:th
   capital\espinoza1665.noticeofstatus

2