IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO ESPINOZA,                No.  CIV.S-94-1665 LKK DAD DP

      Petitioner,

   v.                  ORDER

S.W. ORNOSKI, Acting Warden
of the California State
Prison at San Quentin,

      Respondent.
_____/

**DEATH PENALTY CASE**

This matter came before the court on December 16, 2005, for a status conference.  Andrea G. Asaro and Gail R. Weinheimer appeared on behalf of petitioner.  Sean M. McCoy and Harry Columbo appeared on behalf of respondent.  Having considered the status reports on file, and after hearing from the parties, for the reasons discussed on the record during the status conference, IT IS HEREBY ORDERED that:

/////

/////

1

1          1.   Counsel on behalf of petitioner shall file a motion

2  for leave to file a second amended petition on or before January

3  20, 2006;

4          2.   Any opposition by respondent, or stipulation

5  executed by the parties regarding the filing of the amended

6  petition, shall be filed on or before February 6, 2006;

7          3.   Any reply by petitioner is due February 21, 2006;

8  and

9          4.   The hearing on petitioner's motion for leave to

10  file a second amended petition, if necessary, is **SET** for **February**

11  **28, 2006,** at **10:30 a.m.** in Courtroom 27 before the undersigned.

12  In the event the parties stipulate to the filing of the amended

13  petition, this hearing will be vacated and the court will contact

14  the parties regarding the scheduling of petitioner's desired

15  motion to supplement his motion for evidentiary hearing.

16  DATED: December 20, 2005.

17

18                              DALE A. DROZD

19                              UNITED STATES MAGISTRATE JUDGE

20  DAD:th
      capital\espinoza1665.oa.121605

21

22

23

24

25

26