ROSEN, BIEN & ASARO, LLP
ANDREA G. ASARO Bar No.: 107039
155 Montgomery Street, 8th Floor
San Francisco, California 94104
Telephone (415) 433-6830

GAIL R. WEINHEIMER Bar No.: 58589
862 Sir Francis Drake Blvd., No. 245
San Anselmo, California 94960-1914
Telephone (415) 256-1341

Attorneys for Petitioner
Antonio Espinoza

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Antonio Espinoza,<br><br>     Petitioner,<br><br>vs.<br><br>Steven Ornoski,<br><br>     Respondent | Case No. S94-1665 (LKK/DAD)<br><br>**DEATH PENALTY CASE**<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PETITIONER TO FILE OPPOSITION TO RESPONDENT'S MOTION FOR RECONSIDERATION OF MAGISTRATE JUDGE'S ORDER** |

C:\windows\temp\notes4BF954\EOT - Opp to Mo to Reconsider - 0633-1.doc

STIPULATION AND ORDER EXTENDING TIME FOR PETITIONER TO FILE OPPOSITION TO RESPONDENT'S MOTION FOR RECONSIDERATION OF MAGISTRATE JUDGE'S ORDER, Case No. S94-1665 (LKK/DAD)

**THE PARTIES, THROUGH COUNSEL, HEREBY STIPULATE AND AGREE AS FOLLOWS:**

1. Petitioner Antonio Espinoza is represented in the instant habeas corpus proceeding by Andrea G. Asaro and Gail Weinheimer. Respondent is represented by Deputy Attorneys General Sean McCoy and Harry Colombo.

2. By Order filed March 3, 2006, Magistrate Judge Dale A. Drozd granted in part and denied in part Petitioner's motion for leave to file his Second Amended Petition For Writ of Habeas Corpus.

3. On March 9, 2006, Petitioner filed his Second Amended Petition for Writ of Habeas Corpus, consistent with the Magistrate Judge's March 3, 2006 Order.

4. Thereafter, also on March 9, 2006, Respondent filed a Request for Reconsideration By The District Court Of Magistrate Judge's Ruling.

5. Pursuant to Local Rule 72-303, Petitioner's Opposition to Respondent's Request for Reconsideration is due March 16, 2006.

6. Petitioner's lead counsel, Andrea G. Asaro, will be out of the country, on a pre-scheduled, pre-paid vacation from March 10, 2006 through March 19, 2006. She will return to the office March 20, 2006. During the week following her return she has multiple pre-scheduled professional commitments, including an appellate brief, a deposition and a court appearance.

7. The parties therefore stipulate and agree that Petitioner may have an extension of time of 14 days, to and including March 30, 2006, in which to file his Opposition to Respondent's Request For Reconsideration.

Date:  March 10, 2006                                   Date:  March 10, 2006

/s/ Andrea G. Asaro                                       /s/ Harry Colombo
Andrea G. Asaro                                            Harry Colombo
Attorneys for Petitioner                                  Attorneys for Respondent

**ORDER**

Good cause for the parties' stipulation appearing, IT IS SO ORDERED that Petitioner is granted an extension of 14 days, to and including March 30, 2006, in which to file his Opposition to Respondent's Request For Reconsideration.

/s/Lawrence K. Karlton
Lawrence K. Karlton
Senior Judge