IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTONIO ESPINOZA,** | Civ S-94-1665 LKK DAD DP |
| Petitioner, | **ORDER** |
| v. | |
| **STEVEN ORNOSKI, Acting Warden,** | **DEATH PENALTY CASE** |
| Respondent. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's application for a forty five (45) day enlargement of time to and including June 8, 2006, to file an Answer is hereby GRANTED. Respondent also requests that the status conference currently scheduled for April 28, 2006, be vacated and rescheduled for June 16, 2006.

DATED: April 19, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.capital/espinoza1665.ord