IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ESPINOZA, | No.  CIV.S-94-1665 LKK DAD DP |
| Petitioner, | |
| v. | ORDER |
| S.W. ORNOSKI, Warden of the California State Prison at San Quentin, | |
| | **DEATH PENALTY CASE** |
| Respondent. / | |

Having considered respondent's second application for extension of time to file an answer, and in light of counsel for petitioner's desire to have a reasonable amount of time to review the answer prior to the next status conference in this matter,[1] IT IS HEREBY ORDERED that:

---

[1] The application indicates only that counsel for respondent contacted petitioner's attorney and left a message regarding the intention to seek additional time. A member of the court's staff therefore communicated with counsel for petitioner by telephone regarding the petitioner's position on the application.

1

1. Respondent's second application for extension of time is granted in part;

2. Respondent's answer shall be filed and served on or before June 14, 2006;

3. The next status conference remains set for June 16, 2006, at 11:30 a.m. in Courtroom 27; and

4. The parties are advised that at the conclusion of the status conference respondent's counsel will be excused and the conference will continue ex parte with counsel for petitioner present to further discuss budgeting matters.

DATED: June 8, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
capital\espinoza1665.order.eot2

2