IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ESPINOZA, | No.  CIV.S-94-1665 LKK DAD DP |
|     Petitioner, | |
|     v. | ORDER |
| S.W. ORNOSKI, Acting Warden of the California State Prison at San Quentin, | |
| | **DEATH PENALTY CASE** |
|     Respondent. | |

This action, a petition for a writ of habeas corpus challenging a capital conviction and sentence pursuant to 28 U.S.C. § 2254, came before the court on June 16, 2006, for a status conference.  Andrea G. Asaro and Gail R. Weinheimer appeared on behalf of petitioner.  Supervising Deputy Attorney General Harry Columbo appeared on behalf of respondent.  Having considered all written materials filed in connection with status conference, and after hearing from the parties, for the reasons explained on the record during the hearing, IT IS HEREBY ORDERED that:

1

1. Respondent's supplemental answer shall be filed and served on or before July 14, 2006;

2. Petitioner's supplemental motion regarding evidentiary hearing shall be filed on or before October 13, 2006;

3. Respondent's opposition is due November 13, 2006;

4. Any reply by petitioner is due January 10, 2007; and

5. The hearing on the supplemental motion regarding evidentiary hearing is **SET** for **January 22, 2007**, at **11:00 a.m.**

DATED: June 26, 2006.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
capital\espinoza1665.oah.061606