1 | BILL LOCKYER
Attorney General of the State of California
2 | MARY JO GRAVES
Chief Assistant Attorney General
3 | MICHAEL P. FARRELL
Senior Assistant Attorney General
4 | WARD A. CAMPBELL
Supervising Deputy Attorney General
5 | PATRICK J. WHALEN
Deputy Attorney General
6 | SEAN M. MCCOY, State Bar No. 182516
Deputy Attorney General
7 |  1300 I Street, Suite 125
 P.O. Box 944255
8 |  Sacramento, CA 94244-2550
 Telephone:  (916) 324-9951
9 |  Fax:  (916) 324-2960
 Email:  Sean.McCoy@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTONIO ESPINOZA,** | CIV S-94-1665 LKK DAD DP |
| Petitioner, | **JOINT STIPULATION AND ORDER MODIFYING ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| v. | |
| **ROBERT AYERS, Acting Warden,** | |
| Respondent. | **DEATH PENALTY CASE** |

TO:  THE HONORABLE DALE A. DROZD, UNITED STATES MAGISTRATE JUDGE FOR THE EASTERN DISTRICT OF CALIFORNIA:

The parties, through counsel, have met and conferred regarding the current briefing schedule for the Renewed Motion for Evidentiary Hearing.  Due to time constraints, including pre-paid vacations and deadlines in other pending federal cases, the parties hereby stipulate and request the Court modify the Order entered by the Court on June 26, 2006, following the June 16, 2006 Case Management Conference, as follows:  the Warden's counsel shall file the opposition

1  to petitioner's Renewed Motion For Evidentiary Hearing regarding an evidentiary hearing on or
2  before January 3, 2007; petitioner shall file any reply on or before February 23, 2007, and the
3  hearing on the Renewed Motion For Evidentiary Hearing shall be set for March 12, 2007, at
4  11:00 a.m. The January 22, 2007, hearing date is to be vacated.

5       Dated:  November 13, 2006

6                Respectfully submitted,

7                BILL LOCKYER
              Attorney General of the State of California

8                MARY JO GRAVES
              Chief Assistant Attorney General

9
              MICHAEL P. FARRELL
10               Senior Assistant Attorney General

11               WARD A. CAMPBELL
              Supervising Deputy Attorney General

12               PATRICK J. WHALEN
              Deputy Attorney General

13

14               /s/ Sean M. McCoy
              SEAN M. MCCOY
15               Deputy Attorney General
              Attorneys for Respondent
16

17               FOR PETITIONER:
18

19

20           by:  /s/ Andrea Asaro
              Andrea G. Asaro
21               Attorney for Petitioner

22

23 SMM:dh
   espinoza1665.stipord.wpd
24 SA1994XW0004

25

26

27

28

Joint Stipulation and Order Modifying Order Following Case Management Conference

2

**ORDER**

Good cause appearing, and pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the parties shall adhere to the modifications to the Order Following Case Management Conference as set forth above.

IT IS SO ORDERED

DATED: November 14, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.capital/espinoza1665.stipord