1  ROSEN, BIEN & ASARO, LLP
   ANDREA G. ASARO Bar No.: 107039
2  115 Montgomery Street, 8th Floor
   San Francisco, California 94104
3  Telephone (415) 433-6830

4  GAIL R. WEINHEIMER Bar No.: 58589
   862 Sir Francis Drake Blvd., No. 245
5  San Anselmo, California 94960-1914
   Telephone (415) 256-1341
6
   Attorneys for Petitioner
7  Antonio Espinoza

8

9

10                    IN THE UNITED STATES DISTRICT COURT

11                       EASTERN DISTRICT OF CALIFORNIA

12

13  Antonio Espinoza,                  )  Case No. S-94-1665 (LKK/DAD)
                                       )
14        Petitioner,                  )  **DEATH PENALTY CASE**
                                       )
15  vs.                                )  **STIPULATION AND ORDER FURTHER**
                                       )  **MODIFYING ORDER FOLLOWING**
16  Arthur Calderon,                   )  **CASE MANAGEMENT CONFERENCE**
                                       )
17        Respondent                   )
                                       )
18  _____

19  TO: THE HONORABLE DALE A. DROZD, UNITED STATES MAGISTRATE JUDGE FOR
    THE EASTERN DISTRICT OF CALIFORNIA:
20

21       The parties, through counsel, have met and conferred regarding the current briefing

22  schedule for Petitioner's Renewed Motion For Evidentiary Hearing. Due to scheduling

23  constraints, including Petitioner's counsel's pre-paid vacation and deadlines in other state and

24  federal court cases, the parties hereby stipulate that the Court's Order entered June 26, 2006,

25  following the June 16, 2006 Case Management Conference, be further modified, as follows:

26  /////

27  /////

28

633-1, Stip and [Proposed] order, 2-14-07

1  Petitioner's Reply Brief, currently due February 23, 2007, shall be due March 2, 2007; the

2  hearing on Petitioner's motion shall remain set for March 12, 2007, at 11:00 a.m.

4  Date: February 14, 2007                              Date: February 14, 2007

5  /s/ Andrea G. Asaro                                  /s/ Sean McCoy
   Andrea G. Asaro                                      Sean McCoy
6  Attorneys for Petitioner                             Attorneys for Respondent

## ORDER

Good cause appearing, and pursuant to the parties' stipulation, it is hereby ordered that Petitioner shall have to and including March 2, 2007 to file his Reply Brief in support of his Renewed Motion For Evidentiary Hearing, and that said motion shall remain set for March 12, 2007, at 11:00 a.m.

DATED: February 15, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.capital/espinoza1665.stipord