ANDREA G. ASARO Bar No.: 107039
4100-10 Redwood Rd., No. 380
Oakland, CA 94602

GAIL R. WEINHEIMER Bar No.: 58589
862 Sir Francis Drake Blvd., No. 245
San Anselmo, California 94960-1914
Telephone (415) 488-4876

Attorneys for Petitioner
Antonio Espinoza

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Antonio Espinoza, | Case No. S-94-1665 (LKK/DAD) |
| Petitioner, | **DEATH PENALTY CASE** |
| vs. | **NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER SUBSTITUTING COUNSEL** |
| Robert Ayers, | |
| Respondent. | |

1 | TO RESPONDENT, HIS COUNSEL OF RECORD, AND THE COURT:

2 |     PLEASE TAKE NOTICE that attorney Andrea G. Asaro, State Bar No. 107039,

3 | counsel for the petitioner in the above-named case, is no longer affiliated with the law

4 | firm of Rosen, Bien & Galvan, LLP (formerly Rosen, Bien & Asaro, LLP).

5 |     Andrea G. Asaro and Gail R. Weinheimer will continue to represent the petitioner

6 | as Attorneys of Record pursuant to Local Rule 83-182(a). <u>Effective immediately</u>, the

7 | correct contact information for Ms. Asaro will be:

9 |     Andrea G. Asaro

10 |     4100-10 Redwood Rd., No. 380

11 |     Oakland, CA 94602

13 |     Rosen, Bien & Galvan has transferred the complete client file to Ms. Asaro, and

14 | hereby withdraws from the case entirely, pursuant to Local Rules 83-182(a) & 83-182(g).

15 | This change in Ms. Asaro's affiliation will not prejudice any of the parties, cause harm to

16 | the administration of justice, or delay resolution of the case.

18 | Dated: February 28, 2007                 Respectfully submitted,

20 | By:   */s/ Andrea Asaro*               */s/ Michael Bien*
21 |       Andrea G. Asaro                  Michael W. Bien
        Attorney for Petitioner            Managing Partner
22 |                                                        Rosen, Bien & Galvan

**IT IS SO ORDERED.**

24 | DATED: February 28, 2007.

                                                  _____
                                                  DALE A. DROZD
                                                  UNITED STATES MAGISTRATE JUDGE

28 | Ddad1/orders.capital/espinoza1665.subatty