IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO ESPINOZA,

      Petitioner,               No. CIV S-94-1665 LKK DAD

      vs.                         DEATH PENALTY CASE

WARDEN, San Quentin
State Prison,

      Respondent.           ORDER

_____/

      Within twenty days of the filed date of this order, petitioner shall file a brief on the impact of Cullen v. Pinholster, No. 09-1088, 2011 WL 1225705 (U.S. Apr. 4, 2011) on these proceedings and, in particular, on petitioner's motion for evidentiary hearing. Within twenty days after petitioner files his brief, respondent shall file a responsive brief. Within ten days thereafter, petitioner may file a reply.

      IT IS SO ORDERED.

DATED: April 15, 2011.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

espinoza pin.or

1