UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ESPINOZA,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN, San Quentin State Prison,<br><br>    Respondent. | No. 2:94-cv-1665 JAM KJN (TEMP)<br><br>DEATH PENALTY CASE<br><br><br>ORDER |

Andrea Asaro and Gail Weinheimer have both moved to withdraw as petitioner's counsel in this proceeding. (ECF Nos. 258, 259.) Pursuant to Local Rule 191(c), this case is referred to the Selection Board for a recommendation of substitute counsel.

The Clerk of the Court is directed to serve a copy of this order upon Jennifer Mann, Assistant Federal Defender, Office of the Federal Defender, Capital Habeas Unit.

Dated: February 5, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Espinoza sel bd ref.or

1