UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ESPINOZA, | No. 2:94-cv-1665 JAM KJN (TEMP) |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| v. | |
| WARDEN, San Quentin State Prison, | <u>ORDER</u> |
| Respondent. | |

In November 2015, both of petitioner's attorneys moved to withdraw as counsel for petitioner. In February, this court ordered the Selection Board for the Eastern District of California to recommend substitute counsel. The Selection Board has done so. Good cause appearing, IT IS HEREBY ORDERED as follows:

1. Both Ms. Asaro and Ms. Weinheimer have demonstrated good cause to withdraw from their representation of petitioner. Accordingly, their motions to withdraw (ECF Nos. 258 and 259) are GRANTED.
2. The Office of the Federal Defender, Capital Habeas Unit, is appointed as substitute counsel for petitioner pursuant to 18 U.S.C. § 3599. <u>See</u> Local Rule 191(c).
3. On Thursday, April 28, 2016, at 10:00 a.m., the undersigned will hold a status conference. The court expects petitioner's newly appointed counsel to be prepared to discuss the status of these proceedings.

4. The Clerk of the Court is directed to file under seal the Selection Board's September 14, 2015 letter to the undersigned.[1]

5. The Clerk of the Court shall serve a copy of this order on Kurt Heiser, CJA Administrator, Office of the Federal Defender.

Dated: February 24, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Espinoza fd apptmt.or

---

[1] While the letter is dated September 14, 2015, it was e-mailed to the undersigned on February 19, 2016.

2