UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ESPINOZA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, CALIF. STATE PRISON AT SAN QUENTIN,<br><br>　　　　　Respondent. | No.  2:94-cv-1665 JAM DB P<br><br><br>ORDER |

　　　　Petitioner is a state prisoner formerly under sentence of death.  He is proceeding through counsel with a petition for a writ of habeas corpus.  In 2018, the court stayed this case to permit petitioner to exhaust his state remedies.  (See ECF No. 289.)  On June 13, 2022, petitioner's counsel filed a document entitled "Report of Claim Disposition."  Counsel informed the court that the parties stipulated to vacate the sentence of death and the state court has imposed a sentence of life without parole.  (ECF No. 292.)

　　　　Within twenty days of the filed date of this order, petitioner's counsel shall notify the court whether the resolution of his state court claim constitutes a final decision of the state court on his exhaustion petition and the stay of these proceedings should be lifted.

1    IT IS SO ORDERED.

2 Dated: August 23, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

18 DLB:9
DB Prisoner Inbox/Capital/espinoza.exh notice