UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ESPINOZA,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN, CALIF. STATE PRISON, SAN QUENTIN,<br><br>    Respondent. | No. 2:94-cv-1665 KJM DB P<br><br>FINDINGS AND RECOMMENDATIONS |

    Petitioner is a state prisoner proceeding with a petition for a writ of habeas corpus under 28 U.S.C. § 2254.  On November 9, 2018, the court stayed this case pending the resolution of petitioner's state court exhaustion petition.  (ECF No. 289.)  Petitioner has informed the court that on May 19, 2022, the state court issued a final decision on the exhaustion petition.  (See ECF Nos. 292, 296.)

    Accordingly, IT IS HEREBY RECOMMENDED that the stay of these proceedings be lifted.

    These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. The document should be captioned

1

"Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within seven days after service of the objections. The parties are advised that failure to file objections within the specified time may result in waiver of the right to appeal the district court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: October 31, 2022

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/capital/R/espinoza.re open fr