UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ESPINOZA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, San Quentin State Prison,<br><br>Respondent. | No. 2:94-cv-1665 KJM DB<br><br><br><br>ORDER |

Petitioner is a state prisoner proceeding through counsel with a petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254. In 2018, the court stayed this case pending the resolution of a state court exhaustion petition. In May 2022, the state court issued a final decision on that petition. On January 13, 2023, Chief Judge Mueller lifted the stay of these proceedings.

Within thirty days of the filed date of this order, counsel for the parties shall meet, confer, and file a joint proposal for a schedule going forward.

IT IS SO ORDERED.

Dated: January 24, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:9/DB prisoner inbox/orders-capital/R/espinoza.jt sch

1