1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANTONIO ESPINOZA,                          No.  2:94-cv-1665 KJM DB

12                        Petitioner,

13            v.                                  ORDER

14    WARDEN, San Quentin State Prison,

15                        Respondent.

16

17           Petitioner is a state prisoner proceeding through counsel with a petition for a writ of

18    habeas corpus under 28 U.S.C. § 2254.  Two motions are pending.  First, petitioner moves for an

19    extension of time to file the joint statement ordered on January 24.  Petitioner explains that his

20    counsel is waiting for evidence from petitioner's co-defendant's case in order to best assess the

21    status of the present case.  Respondent does not oppose the extension of time.  Petitioner

22    demonstrates good cause for additional time.

23           The second motion is petitioner's request to file a motion under seal.  The subject motion

24    involves petitioner's confidential medical records.[1]  Therefore, this court finds sealing

25    appropriate.  See James v. Servicesource, Inc., No. CIV.A. 3:07CV317, 2007 WL 4190794, at *4

26    (E.D. Va. Nov. 21, 2007) (sealing of a party's medical records is appropriate).

27    _____

[1] This court issues a sealed order explaining petitioner's motion, and the basis for sealing, in more
28    detail.

1

1      Good cause appearing, IT IS HEREBY ORDERED that

2      1.  Petitioner's motion for an extension of time (ECF No. 302) is granted.  On or before

3  April 17, 2023, the parties shall file the joint statement described in the court's January 24 order.

4      2.  Petitioner's motion to seal (ECF No. 301) is granted.  The Clerk of the Court is

5  directed to file under seal the request to seal, the accompanying motion, and the proposed orders

6  submitted by petitioner's counsel to this court on February 3, 2023.

7  Dated:  March 14, 2023

8

9                                          _____

10                                         DEBORAH BARNES
                                           UNITED STATES MAGISTRATE JUDGE
11

12

13

14

15

16

17  DLB:9
    DB prisoner inbox/capital/espinoza.sts rpt eot
18

19

20

21

22

23

24

25

26

27

28

2