UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ESPINOZA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, San Quentin State Prison,<br><br>Respondent. | No. 2:94-cv-1665 KJM DB<br><br><br><br>ORDER |

Petitioner is a state prisoner proceeding through counsel with a petition for a writ of habeas corpus under 28 U.S.C. §2254. Before the court is petitioner's third motion for an extension of time to submit the joint status report described in the January 24, 2023 order. Petitioner's counsel argues that until the recent motion to declare petitioner incompetent is resolved, counsel cannot chart a path for this case. Respondent does not oppose the motion.

Good cause appearing, IT IS HEREBY ORDERED that petitioner's motion (ECF No. 310) for an extension of time to file the joint status report described in the court's January 24 order is granted. The parties shall file the report on or before August 15, 2023.

Dated: June 23, 2023

DB:9/DB/orders-capital/Espinoza.jt sts eot(3)

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1