UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO ESPINOZA,

Petitioner,

v.

WARDEN,

Respondent.

No. 2:94-cv-1665 KJM DB

ORDER

Petitioner, a state prisoner represented by counsel, is proceeding with a petition for a writ of habeas corpus under 28 U.S.C. §2254. Pending before the court is petitioner's counsel's Motion to Determine Incompetency and for Appointment of a Guardian ad Litem. In an order filed September 21, this court determined that the first step in considering counsel's motion is providing petitioner with notice of the motion. This court will hold that notice hearing at petitioner's place of incarceration. Petitioner, petitioner's counsel, the undersigned magistrate judge, and court staff will attend the hearing. Respondent has notified the court that they do not have a position on the motion and respondent's counsel will not attend the hearing.

////

////

////

////

Accordingly, on December 4, 2023 at 10:00 a.m., this court will hold a hearing at the California Medical Facility to provide petitioner with notice of his counsel's Motion to Determine Incompetency and for Appointment of a Guardian ad Litem.

IT IS SO ORDERED.

Dated: October 23, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:9
DB prisoner inbox/capital/Espinoza.comp notice hrg