UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO ESPINOZA,
        Petitioner,

   v.

WARDEN,
        Respondent.

No. 2:94-cv-1665 KJM DB P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Antonio Espinoza[1], inmate no. D39100, a necessary and material witness in proceedings in this case on December 4, 2023, is confined in the California Medical Facility, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Magistrate Judge Deborah Barnes at the hearing at the California Medical Facility on December 4, 2023, at 10:00 a.m.

    Accordingly, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the custodian to produce the inmate named above to participate in court proceedings at the time and place above, until completion or as ordered by the court;

    2. The custodian is ordered to notify the court of any change in custody of this inmate;

    3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at the California Medical Facility at 707-469-6006 or via email; and

    4. Any questions regarding the hearing shall be directed to Shelly Her, Courtroom Deputy, at SHer@caed.uscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of the California Medical Facility, 1600 California Dr., Vacaville, CA 95687:**

**WE COMMAND** you to produce the inmate named above to testify at the time and place above, until completion of the proceedings or as ordered by the court.

////

////

////

---

[1] Court records show the spelling of petitioner's last name as "Espinoza." However, at least some prison records show the spelling as "Espinosa."

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate.

Dated:  October 23, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/capital/Espinoza comp notice hrg.841