UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ESPINOZA, | No. 2:94-cv-1665 KJM DB P |
| Petitioner, | |
| v. | ORDER |
| WARDEN, | |
| Respondent. | |

Petitioner is a state prisoner proceeding through counsel with a petition for a writ of habeas corpus under 28 U.S.C. §2254. On March 26, 2024, this court appointed Dr. Hira Hanif as a neutral expert to advise the court on petitioner's competency. (ECF No. 331.) Dr. Hanif has informed the court that they are moving out of state in July. Dr. Hanif has not yet begun work on the competency evaluation. This court finds appointment of an in-state expert will be most cost-effective and efficient.

In the March 26 order, this court also ordered apportionment of Dr. Hanif's costs between petitioner's counsel and respondent. Chief Judge Mueller recently granted petitioner's counsel's motion for reconsideration of this issue. (ECF No. 333.)

Accordingly, this court will vacate the March 26 order appointing Dr. Hanif and apportioning costs and order counsel for the parties to propose a new expert.

////

1

For the foregoing reasons, IT IS HEREBY ORDERED that

1. The court's order filed March 26, 2024 (ECF No. 331) is vacated;
2. Within thirty days of the filed date of this order, counsel for the parties shall file a joint statement in which they either propose a neutral mental health expert to evaluate petitioner's competence for purposes of his counsel's motion or describe their differences in failing to agree on such an expert; and
3. The Clerk of the Court is directed to serve a copy of this order on Dr. Hanif at Hira.Hanif@ucsf.edu.

Dated: May 28, 2024

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:9
DB prisoner inbox/capital/Espinoza.expert prop(2)

2