UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ESPINOZA, | No. 2:94-cv-1665 KJM SCR P |
| Petitioner, | |
| v. | ORDER |
| WARDEN, | |
| Respondent. | |

Petitioner is a state prisoner proceeding through counsel with a petition for a writ of habeas corpus under 28 U.S.C. §2254.  Pending before the court is petitioner's counsel's motion to determine petitioner's incompetency and appoint a guardian ad litem. (ECF No. 309.)  On November 22, 2024, this court appointed Dr. Hwa Soo Hoang as a neutral expert to render an opinion as to petitioner's competency.  (ECF No. 339.)  On December 9, 2024, this court held an ex parte hearing with petitioner's counsel to discuss the issues to be addressed by Dr. Hoang.

As the court set out previously, the standard for determining incompetency is whether petitioner "lacks the capacity to understand the nature or consequences of the proceeding, or is unable to assist counsel in the preparation of the case."  (See ECF No. 320 at 3.)  As a result of the discussions with petitioner's counsel, this court finds that Dr. Hoang should focus his evaluation on petitioner's ability to assist counsel with any further factual investigations that may

////

1

be necessary and with decisions regarding whether to move forward with each of his guilt phase claims.

Accordingly, IT IS HEREBY ORDERED that

1. Along with a copy of this order, the Clerk of the Court shall provide Dr. Hoang with the following documents by emailing them to him at hwasoo.hoang@ucsf.edu:

    a. Copies of petitioner's mental health records dated January 2022 through March 2024 that were lodged with the court in April 2024.[1]

    b. Copies of the following documents from the court's docket:

        (1) The 2017 reports of Drs. Barry Morenz and Antolin M. Llorente. (ECF No. 280-6.)

        (2) The CDCR mental health records attached as an exhibit to the 2018 amendment to the petition. (ECF No. 280-2 at pp. 198-276.)

        (3) The records of petitioner's January 2021 Keyhea proceedings. (ECF No. 304-1.)

        (4) The records of petitioner's January 2023 Keyhea proceedings. (ECF No. 316-1.)

2. Dr. Hoang shall work with petitioner's counsel, Lissa Gardner, to schedule an in-person evaluation of petitioner by the end of January 2025. If problems arise in arranging for the evaluation, Dr. Hoang should contact the court by emailing Courtroom Deputy Shelly Her at sher@caed.usourts.gov.

////
////
////
////
////

---

[1] Pursuant to the court's November 22, 2024 order, by December 12 Dr. Hoang should receive copies of petitioner's mental health records from April 2024 to the present by email from the California Medical Facility. (See ECF No. 339.)

3. Within four weeks of his evaluation, Dr. Hoang shall provide the court with his written report by emailing it to SCRorders@caed.uscourts.gov.

DATED: December 10, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE