HEATHER E. WILLIAMS, State Bar No. 122664
Federal Defender
LISSA J. GARDNER, New Mexico State Bar No. 9429
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:     (916) 498-6666
Facsimile:      (916) 498-6656
E-mail: Lissa_Gardner@fd.org

Attorneys for Petitioner
ANTONIO ESPINOZA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ESPINOZA, | ) Case No. 2:94-cv-1665 KJM SCR P |
| Petitioner, | ) |
| vs. | ) |
| | ) ORDER GRANTING PETITIONER'S |
| RON BROOMFIELD, Warden of the California State Prison at San Quentin, | ) UNOPPOSED MOTION TO SUBSTITUTE ) RESPONDENT |
| Respondent. | ) |

Before the Court is a motion brought by petitioner Antonio Espinoza through counsel, Assistant Federal Defender Lissa J. Gardner, to substitute Daniel E. Cueva, the Warden of the California Medical Facility (CMF) Vacaville, as respondent in place of Ron Broomfield, the Warden of San Quentin State Prison. Mr. Espinoza's counsel avers that the California Department of Corrections and Rehabilitation transferred petitioner from the custody of Warden Broomfield to the custody of Warden Cueva at CMF Vacaville.

Petitioner's counsel represents that Respondent's counsel, Deputy Attorney General Sean McCoy, does not oppose the motion to substitute the respondent.

The Court finds good cause to grant Petitioner's motion. Accordingly, pursuant to 28 U.S.C. § 2242, Federal Rule of Civil Procedure 25, and Rule 2(a), Rules Governing Section 2254 Cases in the United States District Courts, Daniel E. Cueva, Warden at the California Medical

Facility at Vacaville is substituted as respondent for Ron Broomfield, Warden at San Quentin State Prison.

     IT IS SO ORDERED.

DATED: December 19, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE