UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ESPINOZA, | No. 2:94-cv-1665-KJM-SCR |
| Petitioner, | |
| v. | ORDER |
| DANIEL E. CUEVA, | |
| Respondent. | |

Petitioner is a state prisoner proceeding through counsel with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's counsel's motion to determine petitioner's incompetency and to appoint a guardian ad litem. ECF No. 309. This motion was filed on June 15, 2023 and remains pending based on a necessary court-ordered competency evaluation by a neutral expert, Dr. Hwa Soo Hoang. See ECF No. 339 (appointing neutral expert).

Consistent with this court's order of December 12, 2024, the court has been advised of a delay in completing petitioner's competency evaluation due to an unforeseen situation at the prison where petitioner is located. ECF No. 343 at 2 (requiring Dr. Hoang to notify the court of any problems that arise in arranging for the evaluation). As a result, the court will sua sponte extend the deadline for the submission of Dr. Hoang's competency report based on good cause shown.

In light of the length of time in which petitioner's motion to determine incompetency has been pending, the court admonishes all parties to cooperate fully with the orders issued by this court. In the event that Dr. Hoang is denied access to the California Medical Facility ("CMF") on **February 20, 2025**, he is directed to notify the court immediately. Any failure by CDCR staff to allow Dr. Hoang sufficient time to complete the competency evaluation will result in an order to show cause as to why sanctions should not be imposed.

Upon receipt of Dr. Hoang's competency report, the undersigned will direct that it be filed on the public docket unless it contains private or confidential information that is subject to sealing pursuant to Local Rule 141. The undersigned will issue Findings and Recommendations on petitioner's motion to determine incompetency as soon thereafter as practicable.

Accordingly, IT IS HEREBY ORDERED that:

1. The deadline for the submission of Dr. Hoang's competency report is sua sponte extended.

2. Dr. Hoang shall provide the court with a written report detailing his opinion on petitioner's competency no later than **March 28, 2024** by emailing it to SCRorders@caed.uscourts.gov.

3. The Clerk of Court is directed to serve a courtesy copy of this order on Dr. Hoang at HwaSoo.Hoang@ucsf.edu.

4. All parties to these proceedings as well as necessary CDCR staff are admonished to cooperate fully with the orders issued by this court as indicated herein. Any failure to comply with the terms of this order, or prior order of the court, may result in the issuance of an order to show cause why sanctions should not be imposed.

5. An additional copy of this order shall be served on the Litigation Coordinator at the California Medical Facility ("CMF") via email.

DATED: February 7, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE