UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ESPINOZA,<br><br>    Petitioner,<br><br>v.<br><br>DANIEL E. CUEVA,<br><br>    Respondent. | No. 2:94-cv-1665-KJM-SCR<br><br><br><br>ORDER |

Petitioner is a state prisoner proceeding through counsel with a petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254.  Pending before the court is petitioner's request to seal documents and file them *ex parte*.  ECF No. 306.

The court has reviewed petitioner's Motion and Supplement filed pursuant to Eastern District of California Local Rule 141.  No opposition has been received and the time for submitting such opposition has expired.

For good cause shown, IT IS HEREBY ORDERED that:

1. Petitioner's request to file privileged and confidential documents under seal and *ex parte* (ECF No. 306) is granted.

2. The following documents shall be filed *ex parte* and maintained under seal until further order of this court:

    a. Petitioner's 3-page *Ex Parte* Request to File Documents *Ex Parte* and Under Seal;

  b. Petitioner's 86-page *Ex Parte* Motion, including attachments; and,

  c. Petitioner's 10-page Proposed Order relating to same.

 3. Petitioner's additional motion submitted as part of the privileged and confidential documents is denied without prejudice to renewal for the reasons indicated in a separate contemporaneous order filed under seal and *ex parte*.

DATED: March 31, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2